1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:       (670) 236-2985

7  Attorneys for United States of America

FILED
Clerk
District Court

DEC -7 2007

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00028 |
| Plaintiff, | **ORDER** |
| v. | |
| REYES, ROSE MAYO, | |
| Defendant. | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE