**ORIGINAL**

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**REYES, ROSE MAYO,**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 07-00028**

**FILED**
Clerk
District Court

DEC 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **REYES, ROSE MAYO**
    Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

**False Statement In Application And Use Of A Passport (Count 1)**

in violation of Title **18**, United States Code, Section(s) **1542**
in violation of Title ___, United States Code, Section(s) ___
and in violation of Title ___, United States Code, Section(s) ___

**RECEIVED**

DEC 18 2007

US MARSHALS SERVICE-CNMI

Bail fixed at $ **25,000.00**    by _____
    Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

_____
Signature of Issuing officer

**UNITED STATES DISTRICT JUDGE**
Title of Issuing Officer

**SAIPAN, CNMI**
Date and Location

12-18-07 4:10 pm

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Saipan, MP AS Mahetog Village ; Tanapag Village ; Orhopay Place | | |
| DATE RECEIVED 18 DEC 07 DATE OF ARREST 19 DEC 07 | NAME AND TITLE OF ARRESTING OFFICER W. Calvert USM/CID USM #3086 | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Reyes, Rose Mayo

ALIAS: Amin, Rose Mayo

LAST KNOWN RESIDENCE: Tanapeg ; Chalan Kanoa 4

LAST KNOWN EMPLOYMENT: "U R Gas"/Mobile - Susupe

PLACE OF BIRTH: Saipan MP

DATE OF BIRTH: 5-2-83

SOCIAL SECURITY NUMBER: _____

HEIGHT: 5'4   WEIGHT: 170

SEX: FEM   RACE: A/Chamorro

HAIR: Blk   EYES: Bro

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: US Marshals Service D/NMI Horiguchi Bld PO Box 500570 Saipan MP 96950