# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************

CR-07-00028                                                December 19, 2007
                                                           9:50 a.m.

### UNITED STATES OF AMERICA -vs- ROSE MAYO REYES

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           ROSE MAYO REYES, DEFENDANT

PROCEEDINGS:  INITIAL APPEARANCE (Sealed Hearing)

Defendant **REYES** appeared without counsel. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson.

Defendant was advised of the charges against her in the Complaint and her constitutional rights. Court after reviewing the defendant's financial affidavit determined that the defendant did qualify for court-appointed counsel and ordered the Clerk to notify the next attorney on the CJA panel to represent this defendant.

Government moved for no bail at this time.

Court set Preliminary Exam for **FRIDAY, DECEMBER 21, 2007 at 9:00 a.m.**

Court ordered "no bail" at this time, without prejudice.

Court ordered the defendant into the custody of the U.S. Marshal until further order of the Court.

Adj. 10:00 a.m.

K. Lynn Lemieux, Courtroom Deputy