MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS


CR-07-00028                                                      December 21, 2007
                                                                 9:10 a.m.

**U.S.A. -v- ROSE MAYO REYES**


PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY
           MATT SMITH, ATTORNEY FOR DEFENDANT
           ROSE MAYO REYES, DEFENDANT

PROCEEDINGS: WAIVER OF PRELIMINARY EXAMINATION (Sealed)

Defendant **ROSE MAYO REYES** appeared with court-appointed counsel, Attorney Matt Smith. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson.

Defendant was sworn and examined as to her understanding of her rights. Defendant moved, through her attorney, to consider her oral motion under Rule 5.1 (a)(1) to **Waive her Preliminary Hearing** in this matter.

Court, finding the defendant had been fully advised and voluntarily waived her right to a preliminary hearing, granted the defendant's motion.

Government moved that the defendant be released on the following conditions:

That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

1)   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2)     The defendant must not leave the island of Saipan without written permission from the Court;

3)     That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

4)     That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed;

5)     That the defendant execute an unsecured bond in the amount of $10,000;

6)     That the defendant shall surrender her passport and any other travel documents and not obtain any other travel documents or passport;

7)     That she refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence;

8)     That she refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U. S. C. 802, unless prescribed by a licensed medical practitioner in the Commonwealth;

9)     That she submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;

10)     That she shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including, but not limited to Mohamad Ruhul Amin. If Mohamad Ruhul Amin does try to contact her she shall notify the Probation Officer;

11)     That the defendant shall refrain from any and all alcohol;

12)     That the defendant shall report as soon as possible, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

Defendant was remanded into the custody of the U.S. Marshal for processing.

Adj. 9:20 a.m.

/s/K. Lynn Lemieux, Court Deputy