1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  NORTHERN MARIANAS DISTRICT
   Horiguchi Building, Third Floor
4  P.O. Box 500377
   Saipan, MP 96950
5  Telephone:    (670) 236-2980
   Fax:          (670) 236-2985
6
   Attorneys for United States of America
7

**FILED**
Clerk
District Court

**JAN 1 4 2008**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

                    UNITED STATES DISTRICT COURT
8                    NORTHERN MARIANA ISLANDS

9  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 07-00028
                                      )
10                 Plaintiff,         )
                                      )
11             vs.                    )    **APPLICATION AND ORDER TO UNSEAL**
                                      )
12  REYES, ROSE MAYO,                 )
13  (a.k.a. Amin, Rose Mayo)          )
                                      )
14                 Defendant.         )
                                      )
15

16     The Government respectfully requests that the Court unseal this case.

17  Dated: 1/11/08
18

19                                    LEONARDO M. RAPADAS
                                      United States Attorney
20

21                            By:

22                                    ERIC S. O'M ALLEY
                                      Assistant United States Attorney
23                                    District of the Northern Mariana Islands

24
    SO ORDERED:
25

26
27  ALEX R. MUNSON, CHIEF JUDGE

28

RECEIVED

JAN 1 1 2008

Clerk
District Court
The Northern Mariana Islands