F I L E D
Clerk
District Court

FEB - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 07-00028-001 |
| Plaintiff, ) | |
| ) | **INFORMATIONAL REPORT** |
| vs. ) | |
| ROSE MAYO OMAR REYES, ) | |
| Defendant. ) | |

Re:   Violation of Pretrial Release Conditions, No Action Requested

On December 7, 2007, Ms. Rose Mayo Omar Reyes was charged in a sealed Criminal Compliant with one count of False Statement in Application and Use of a Passport, in violation of 18 U.S.C. § 1542. On December 19, 2007, she was arrested and brought before the Honorable Alex R. Munson, Chief Judge, for an Initial Appearance hearing, at which time she was ordered detained. A Preliminary Examination hearing was set for December 21, 2007. On that day, however, the defendant returned to court with appointed counsel, Mr. F. Matthew Smith, and waived her right to a Preliminary Examination. Counsel represented that the defendant wished to cooperate with authorities and requested that she be released on bail. The court granted defense counsel's motion and the defendant was released with conditions. On January 14, 2008, the case was unsealed on motion of the Government.

The defendant's release conditions are as follows: that she report to the U.S. Probation Office for Pretrial Services Supervision; that she execute an unsecured bond of $10,000; that she surrender passport and obtain no new passport; that she not leave the island of Saipan without permission of the court; that she avoid all contact with victims and potential witnesses in this case including Mohamad Ruhul Amin; that she refrain from possessing a firearm, destructive device, or other dangerous weapon; that she refrain from any use of alcohol; that she refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions, No Action Requested
Re: REYES, Rose Mayo Omar
Criminal Case No 07-00028-001
February 6, 2008
Page 3

medical practitioner; that she submit to any method of testing required by the pretrial services office of the supervising officer for determining whether she is using a prohibited substance; and that she report as soon as possible, to the pretrial services officer, any contact with law enforcement personnel.

The defendant is alleged to have violated the following condition:

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.*

On January 17, 2008, the defendant reported to the U.S. Probation Office, at which time she was referred to Marianas Psychiatric Services (MPS) for random drug testing in compliance with her release conditions.

On Saturday, January 20, 2008, the defendant failed to report to MPS for a scheduled drug test. She also failed to report to the U.S. Probation Office on the following business day, Tuesday, January 22, 2008. On January 23, 2008, this officer called her residence and spoke to her boyfriend's sister, Ms. Pat Santos, who reported that she had not seen the defendant for several days. That evening, the defendant failed to show for another drug test at MPS and subsequently failed to report to the U.S. Probation Office the following day for a non-compliance meeting.

On January 24, 2008, after several unsuccessful attempts to contact the defendant via telephone, this officer made a visit to her residence. At the residence, Ms. Santos informed this officer that the defendant and her brother had a fight and the defendant moved out and went to stay with her family at another location in the same village. Ms. Santos drew a map and this officer immediately located the home and the defendant. This officer instructed the defendant to report to the U.S. Probation Office the following day for a non-compliance meeting.

On January 25, 2008, the defendant reported as instructed and was questioned about her failure to comply with the drug testing condition. She apologized and stated that on January 19, 2005, she had a fight with her boyfriend and moved back to her family home. There is no telephone at the residence and the defendant stated that she was too distracted by her relationship problems to think clearly. She admitted that she made a mistake and assured this officer that it would not happen again.

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions, No Action Requested
Re: REYES, Rose Mayo Omar
Criminal Case No 07-00028-001
February 6, 2008
Page 3


      The defendant has been compliant to all other conditions of release. She has consistently tested negative for illicit substances and reports when required. She also keeps in close contact with this Officer to report her whereabouts.

      It is recommended that this report be for informational purposes only and no action be taken at this time. Any further violations will be reported to the Court accordingly.

                                        Respectfully submitted,

                                        ROSANNA VILLAGOMEZ-AGUON
                                        Chief U.S. Probation Officer

By: _____
        MELINDA N. BRUNSON
        U.S. Probation Officer


Reviewed by:


_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Eric O'Malley, Assistant U.S. Attorney
       F. Matthew Smith, Defense Counsel
       File