LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:           (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

MAR -5 2008

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>REYES, ROSE MAYO,<br><br>               Defendant. | Criminal Case No. 07-00028<br><br>**MOTION TO DISMISS COMPLAINT AND ORDER** |

An information having been filed, the United States respectfully moves for an order dismissing the complaint in this case, the defendant having pled guilty to an information in a related case.

Dated: March 5, 2008

LEONARDO M. RAPADAS
United States Attorney

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney
District of the Northern Mariana Islands

SO ORDERED:

_____
ALEX R. MUNSON, CHIEF JUDGE